# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2024 ND 186

State of North Dakota,                                    Plaintiff and Appellee

v.

Kindi Jalloh,                                         Defendant and Appellant

### Nos. 20240009 & 20240010

Appeal from the District Court of Grand Forks County, Northeast Central Judicial District, the Honorable John A. Thelen, Judge.

AFFIRMED.

Per Curiam.

Christopher L. Skjerven (argued) and Carmell F. Mattison (on brief), Assistant State's Attorneys, Grand Forks, ND, for plaintiff and appellee.

Tracy E. Reames, Fargo, ND, for defendant and appellant.

**State v. Jalloh**
Nos. 20240009 & 20240010

**Per Curiam.**

[¶1]   Kindi Jalloh appeals from judgments entered after a jury found him guilty of tampering with evidence and murder. On appeal, Jalloh argues the district court erred in denying his N.D.R.Crim.P. 29 motion for judgment of acquittal because the jury had insufficient evidence to find him guilty of tampering with evidence and murder.

[¶2]  Jalloh did not preserve the issue of sufficiency of evidence on the tampering with evidence charge because, when making a Rule 29 motion specifically in regard to the murder charge, he conceded there was enough evidence to send the tampering with evidence charge to the jury. It is clear on the face of the record that Jalloh affirmatively waived this issue. *State v. Helm*, 2020 ND 155, ¶¶ 6-7, 946 N.W.2d 503; *see State v. Studhorse*, 2024 ND 110, ¶ 25, 7 N.W.3d 253 (declining to review a jury instruction issue waived by defendant's affirmative statement he had no request for changes to the instructions). After review of the record, we conclude there was sufficient evidence to support the jury's verdict on the murder charge. We summarily affirm the judgments under N.D.R.App.P. 35.1(a)(3) and (7).

[¶3]   Jon J. Jensen, C.J.
    Daniel J. Crothers
    Lisa Fair McEvers
    Jerod E. Tufte
    Douglas A. Bahr